Commonwealth of Pennsylvania, Appellant, *v.* Manor
Gas Coal Company.

Argued May 31, 1897. Reargued Feb. 23, 1898. Appeal,
Nos. 9, 10, 11 and 14, May T., 1897, by plaintiff, from judgment
of C. P. Dauphin County, commonwealth docket, 1896, No. 607,
on case tried without a jury. Before STERRETT, C. J., GREEN,
WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

OPINION BY MR. JUSTICE MITCHELL, May 23, 1898.

These cases depend upon the question decided in Com. v.
Lehigh Valley R. R. Co., ante, p. 235, opinion filed herewith,
and for the reasons there given the judgments are affirmed.